UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BRIAN BROOKS, Administrator of the Estate of EDRICK HAROLD BROOKS, Deceased, | ) | CASE NO. 1:24-cv-2119-PAB |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| v. | ) | MAGISTRATE JUDGE JAMES E. GRIMES, JR. |
| THE METROHEALTH SYSTEM, *et al*., | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT & NOTICE OF SETTLEMENT**

All Parties to this action jointly file this Status Report, pursuant to the Court's Order of March 20, 2026, to advise the Court that the Parties met and participated in a confidential mediation on Tuesday, May 12, 2026 and as a result of the parties' efforts, with the assistance of an independent private mediator, the Parties are pleased to report that they have reached an agreed settlement of this action.

The settlement is subject to formal review and approval by the governing bodies of Cuyahoga County and The MetroHealth System. Such reviews and approvals are expected within the next 30 days. Thereafter, the Plaintiff will seek the approval of the Cuyahoga County Probate Court, pursuant to Ohio statutes. Upon Probate Court approval, the parties will finalize and exchange Release Agreements and settlement payments. Thereafter, the Parties will submit a Dismissal Entry for this action to be dismissed with prejudice at the defendants' costs.

The Parties reasonably expect the foregoing approvals and settlement processes may require 90 to 120 days to complete before a final entry can be submitted to the Court.

Respectfully submitted,

Michael C. O'Malley (#0059592)
Prosecuting Attorney for Cuyahoga County

*/s/ Thomas D. Robenalt (by consent)*
Thomas D. Robenalt (#0055960)
Alexander H. Maxwell (#0101248)
John M. Moscarino (#0093944)
The Robenalt Law Firm, Inc.
23550 Center Ridge Road, Suite 103
Westlake, OH 44145
Phone: (216) 223-7535
Fax: (216) 307-2352
E-mail: trobenalt@robenaltlaw.com
amaxwell@robenaltlaw.com
jmoscarino@robenaltlaw.com

*Attorneys for Plaintiff*

*/s/ Brendan D. Healy (by consent)*
Brendan D. Healy (0081225)
Bhealy@prosecutor.cuyahogacounty.us
Phone: (216) 698-6447
Paul M. Shipp (0080794)
pshipp@prosecutor.cuyahogacounty.us.
Phone: (216) 443-7602
Leslie J. Shafer (0091129)
lshafer@prosecutor.cuyahogacounty.us
Phone: (216) 443-8099

Cuyahoga County Prosecutor's Office
The Justice Center, Court Tower
1200 Ontario Street, 8th Floor
Cleveland, OH 44113
Fax: (216) 443-7602

*Counsel for Defendants Cuyahoga County, Steven Hammett, Michelle Henry, Joseph Greiner, and Ronda Gibson*

*/s/ Victoria L. Vance*
Victoria L. Vance (0013105)
Jon W. Oebker (0064255)
Kristin Volk (0105264)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Phone: (216) 592-5000
Fax: (216) 592-5009
E-mail: victoria.vance@tuckerellis.com
jon.oebker@tuckerellis.com
kristin.volk@tuckerellis.com

*Attorneys for Defendant The MetroHealth System*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, a copy of the foregoing Joint Status Report and Notice of Settlement was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Victoria L. Vance*
Victoria L. Vance (0013105)

*One of the Attorneys for Defendant The MetroHealth System*